U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [✓] Initial Appearance
- [ ] Complaint
- [ ] Preliminary Exam
- [ ] Motion Hearing
- [✓] Indictment
- [ ] SSI
- [ ] Information
- [ ] Detention Hearing
- [ ] Bond Hearing
- [✓] Petition for Probation/Supervised Release action
- [ ] Arraignment
- [ ] Arraignment on SSI

Case No. 1:09cr6079 USA v. C. L. Brown, Jr.

**PRESENT:** Honorable Bill Carter — [ ] U.S. District Judge OR [✓] U.S. Magistrate Judge

Gary Humble — Assistant U.S. Attorney
Anthony Martinez — Attorney for Defendant [ ] Appt. [ ] Retd [✓] Ltd. App.
Kevin Matherly — Probation Officer

Kelli Jones — Courtroom Deputy
Elizabeth Coffey — Court Reporter
Interpreter(s) ____ SWORN

Tape # ____ From: ____ to ____   Digital Recording: Crtrm 1B ____ OR Crtrm 4 ____

**PROCEEDINGS:** [✓] DEFENDANT(S) SWORN   **DATES SET:**

- [✓] Financial affidavit(s) executed
- [✓] Court appointed attorney(s) under CJA — limited app.
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [✓] Defendant(s) specifically advised of rights
- [ ] Deft advised of Rules 20, 5 FRCrP
- [ ] Deft executed waiver of Rule 5, 5.1 hearing
- [ ] Deft waived reading of indictment/information
- [ ] Indictment/Information read
- [ ] Deft pleads not guilty to counts ____
- [ ] Not guilty plea entered by Court on deft's behalf
- [ ] Deft. entered no plea

Detention hearing: 12/17/09 @ 2:00 WBC
Preliminary exam: ____
Revocation hearing: 1/7/10 @ 2:00 CLC
Arraignment: ____
JT: ____
FPT: ____
OTHER: ____

**Deadlines:** Motions: ____ Plea Bargain: ____ Jury Instructions: ____ Other: ____

Court ordered file ____ sealed OR ____ unsealed

**TESTIMONY BY:** ____

**OTHER MATTERS:** ____

**BOND**

- ____ Govt. motion for detention without bond: ___ granted ___ denied
- ____ Court ordered deft released on bond (see order setting conditions of release)

Amount: ____   Type: ____

____ Defendant ineligible for release on bond: ____

Deft ____ remanded to custody of U.S. Marshal [✓] remained in custody ____ remained on bond ____ released on bond

Time: 2:05 to 2:25   Date: 12/15/09

rev 3/09

Case 1:09-cr-06079 Document 4 Filed 12/15/09 Page 1 of 1