Prob 19
EDTN78 (6/2000)

RECEIVED
2009 OCT 26 AM 7: 37
U.S. MARSHAL, ED/TN
CHATTANOOGA, TENNESSEE

FILED
2009 DEC 16
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

U.S.A. vs C. L. Brown

Docket Numbers 1:09-CR-6079-001 ED/TN
1:05-CR-2262-001WJ D/NM

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>C. L. Brown | SEX<br>Male | RACE<br>Black/Non-Hispanic | AGE<br>42 |
| ADDRESS(STREET, CITY, STATE)<br>39 Goodman Trace  Manchester, Tennessee 37355 ||||
| SENTENCE IMPOSED BY (U.S. District Court)<br>Eastern District of Tennessee, Chattanooga ||||
| CLERK<br>PATRICIA L. McNUTT, CLERK | (BY) DEPUTY CLERK<br>Killi J. Jones | | DATE<br>OCT 22 2009 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED | | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U. S. Marshals  Chattanooga TN ||||
| NAME<br>Derrick Swenson | (BY)<br>Derrick Swenson | | DATE<br>12/15/09 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."