UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1-09-cr-6079 |
| vs. | ) | |
| | ) | |
| C.L. BROWN | ) | COLLIER |

## ORDER

The Court finds that defendant C.L. BROWN does not have the funds to retain an attorney of his choice and that defendant wants to be represented by counsel. Accordingly, it is ORDERED Federal Defender Services of Eastern Tennessee, Inc. Be APPOINTED to represent the defendant.

The Court finds the defendant does have sufficient funds to pay $400.00 toward the cost of counsel. It is therefore ORDERED that defendant pay the sum of $400.00 into the Registry of the Court.

ENTER.

Dated: December 17, 2009            *s/William B. Mitchell Carter*
                                    UNITED STATES MAGISTRATE JUDGE