# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>C.L. BROWN | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:     1:09-CR-6079-001<br><br>Mary Ellen Coleman<br>Defendant's Attorney |

**THE DEFENDANT:**
[✓]    admitted guilt to violation of condition(s) <u>general and standard</u> of the term of supervision.
[ ]    was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s);

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

      The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

      IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

1/7/2010
Date of Imposition of Sentence

/s/
Signature of Judicial Officer

CURTIS L. COLLIER, Chief United States District Judge
Name & Title of Judicial Officer

Date

CASE NUMBER:   1:09-CR-6079-001
DEFENDANT:     C.L. BROWN

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| I | **General Condition:** The defendant shall not commit another federal, state, or local crime. | 8/23/2009 |
| | **Standard Condition # 7:** The defendant shall not purchase, possess, use, or distribute any controlled substance. | 8/23/2009 |
| | **Standard Condition # 1:** The defendant shall not leave the judicial district without permission of the court or probation officer. | 8/23/2009 |
| | **Standard Condition # 11:** The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. | 8/23/2009 |
| II | **Standard Condition # 2:** The defendant shall report to the probation officer as instructed. | 9/8/2009 |
| | **Standard Condition # 3:** The defendant shall follow the instructions of the probation officer. | 9/8/2009 |
| III | **Standard Condition # 2:** The defendant shall submit a truthful and complete written report within five days of each month. | 10/5/2009 |
| IV | **Standard Condition # 6:** The defendant shall notify the probation officer 10 days prior to any change in residence. | 10/13/2009 |

DEFENDANT:     C.L. BROWN
CASE NUMBER:   1:09-CR-6079-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___  [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL