DEFENDANT: C.L. BROWN
CASE NUMBER: 1:09-CR-6079-001



FILED

2010 APR -9 A 8:56

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at ___ [ ] a.m. [ ] p.m. on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __4-1-10__ to __FCI Beckley__
at __Beaver, WV__, with a certified copy of this judgment.

D. Berkebile, Warden
UNITED STATES MARSHAL

By __D. Trump SCSI__
DEPUTY UNITED STATES MARSHAL